*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   March 5, 2015                D-19-15
_____

In the Matter of PAULUS H.
    CHAN, a Suspended                        MEMORANDUM AND ORDER
    Attorney.                                     ON MOTION

(Attorney Registration No. 2844579)
_____


Calendar Date:   February 11, 2015

Before:  McCarthy, J.P., Egan Jr., Rose and Devine, JJ.

                          _____


       Monica A. Duffy, Committee on Professional Standards,
Albany (Anna E. Remet of counsel), for Committee on Professional
Standards.


                          _____


Per Curiam.

       Paulus H. Chan was admitted to practice by this Court in
1997 and was also admitted to practice in Connecticut that same
year, where he maintained an office for the practice of law.  He
was also admitted to practice in Massachusetts in 1996.  He was
suspended by this Court, effective October 4, 2009, due to his
failure to comply with the attorney registration requirements
(see Matter of Attorneys in Violation of Judiciary Law § 468–a,
65 AD3d 1447, 1453 [2009]), and such suspension remains in full
force and effect.

       By order entered September 12, 2014, the Connecticut
Superior Court, Judicial District of New Haven, imposed upon Chan
a 30-day period of suspension based upon Chan's failure to
safeguard client funds and his failure to produce ledgers of his
IOLTA account to Connecticut's Statewide Grievance Committee and
Office of Disciplinary Counsel.  As a result of the discipline
imposed in Connecticut, the Committee on Professional Standards

moves for an order imposing discipline pursuant to this Court's rules (see Rules of the App Div, 3d Dept [22 NYCRR] § 806.19). Chan has not replied to the motion or otherwise raised any available defenses (see Rules of the App Div, 3d Dept [22 NYCRR] § 806.19 [d]) and we, therefore, grant the Committee's motion.

In determining the appropriate discipline, we note the presence of several aggravating factors, including Chan's failure to report his suspension in Connecticut in 2014, his default herein and his failure to pay applicable registration payments in this state since 2000. Having considered the nature of Chan's misconduct and the consequent discipline imposed in Connecticut, we conclude that Chan should be suspended from the practice of law in this state for a period of 90 days (see e.g. Matter of Kain, 64 AD3d 992, 993 [2009]). Said suspension will take effect at such time as Chan applies for and is granted reinstatement following his current suspension due to his attorney registration delinquency (see Matter of Attorneys in Violation of Judiciary Law § 468-a, 65 AD3d at 1453).

McCarthy, J.P., Egan Jr., Rose and Devine, JJ., concur.

ORDERED that the motion of the Committee on Professional Standards is granted; and it is further

ORDERED that Paulus H. Chan is suspended from the practice of law for a period of 90 days, effective at such time as Chan is reinstated following his current suspension, and until further order of this Court; and it is further

ORDERED that, for the period of suspension, Paulus H. Chan is commanded to desist and refrain from the practice of law in any form, either as principal or as agent, clerk or employee of another; and Chan is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto; and it is further

ORDERED that Paulus H. Chan shall comply with the provisions of this Court's rules regulating the conduct of

suspended attorneys (<u>see</u> Rules of the App Div, 3d Dept [22 NYCRR] § 806.9).

ENTER:

Robert D. Mayberger
Clerk of the Court